| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Joseph M. Sholder,  Bar No. 126347    email:  sholder@g-tlaw.com<br>Griffith & Thornburgh, LLP<br>8 E. Figueroa Street, Suite 300<br>Santa Barbara, CA 93101<br>Phone: 805-965-5131<br>Fax: 805-965-6751<br>☒ Attorney for: Debtors Wayne and Linda Fulton | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re: WAYNE CARL FULTON; LINDA SCANLIN FULTON<br><br>                                                                    Debtor(s). | CASE NO.: 9:14-bk-11576-PC<br>CHAPTER: 7<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists  
☒ Amendments to the petition, statement of affairs, schedules or lists  
☐ Other: _____

Date Filed: _____  
Date Filed: Aug. 29, 2014  
Date Filed: _____

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    Date 8/28/14
Signature of Signing Party
Wayne Carl Fulton
Printed Name of Signing Party

_____    Date 8/28/2014
Signature of Joint Debtor (if applicable)
Linda Scanlin Fulton
Printed Name of Joint Debtor (if applicable)

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____    Date 8-28-14
Signature of Attorney for Signing Party
Joseph M. Sholder
Printed Name of Attorney for Signing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Wayne Fulton; Linda Fulton  
Atty Name (if applicable): Joseph M. Sholder

Street Address: Griffith & Thornburgh, LLP  
8 E. Figueroa St., Ste. 300  
Santa Barbara, CA 93101  
CA Bar No. (if applicable): 126347  
Atty Fax No. (if applicable): (805) 965-6751

Filer's Telephone No.: (805) 965-5131

In re:

WAYNE CARL FULTON; LINDA SCANLIN FULTON

Debtor

Case No. 9:14-bk-11576-PC

Chapter 7 ___  X  11 ___  13 ___

### AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?     Yes  X     No ___

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___  B  X   C ___  D ___  E ___  F  X   G ___  H ___  I ___  J ___

Statement of Social Security Number(s) ___     Statement of Financial Affairs ___

Statement of Intention ___     Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

We, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s), do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: August 28, 2014

*[signature]*  
Debtor Signature  
Wayne Carl Fulton

*[signature]*  
Co-Debtor Signature  
Lind Scanlin Fulton

**FOR COURT USE ONLY**

*SEE REVERSE SIDE**

B-1008 Revised November 2011

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: _Aug. 29, 2014_

Evelyn R. Downs
Print or Type Name

_[signature]_
Signature

Clifford Edey
P.O. Box 1884
Parker, AZ  85344

Mikel Edey
P.O. Box 1884
Parker, AZ  85344

Transcontinental Logistics, LLC
2500 Westside Ave
North Bergen, New Jersey 07047

Uninsured Employers Benefits Trust Fund
320 West 4th Street, Suite 690
Los Angeles, CA 90013-2350

B-1008 *Revised November 2011*

```
                                                              (SPACE BELOW FOR FILING STAMP ONLY)
 1   GRIFFITH & THORNBURGH, LLP
           ATTORNEYS AND COUNSELORS
 2       8 EAST FIGUEROA STREET, SUITE 300
           SANTA BARBARA, CA 93101
 3         TELEPHONE: 805-965-5131
           TELECOPIER: 805-965-6751
 4
     Joseph M. Sholder, Bar No. 126347   sholder@g-tlaw.com
 5
 6   Attorneys for Wayne Carl Fulton and Linda Scanlin Fulton, Debtors

 7
                      UNITED STATES BANKRUPTCY COURT
 8
                      CENTRAL DISTRICT OF CALIFORNIA
 9
                             NORTHERN DIVISION
10
11
     In re                            )   BK No. 9:14-bk-11576-PC
12                                    )
     WAYNE CARL FULTON; LINDA         )   Chapter 7
13   SCANLIN FULTON,                  )
                                      )   AMENDMENT TO SCHEDULE F
14            Debtors                 )
                                      )
15
16       Debtors hereby amend Schedule F of their Chapter 7
17   bankruptcy filing to correct the address of the below-named
18   creditors as follows:
19                          Clifford Edey
                            P.O. Box 1884
20                        Parker, AZ  85344

21                           Mikel Edey
                            P.O. Box 1884
22                        Parker, AZ  85344

23
                      Transcontinental Logistics, LLC
24                          2500 Westside Ave
                      North Bergen, New Jersey 07047
25
26          Uninsured Employers Benefits Trust Fund (UEBTF)
                    320 West 4th Street, Suite 690
27                    Los Angeles, CA 90013-2350

28
```

I declare under penalty of perjury that the information contained herein is true and correct.

Dated: AUGUST 28th, 2014

_____
Wayne Carl Fulton, Debtor

_____
Linda Scanlin Fulton, Debtor

In re: Wayne and Linda Fulton
United States Bankruptcy Court, Case No. 9:14-bk-11576-PC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8 E. Figueroa Street, Suite 300, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*): **AMENDMENT TO SCHEDULE F; ELECTRONIC FILING DECLARATION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 29, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jeremy W. Faith (TR) jfaith@7trustee.net, C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com
- Joseph M Sholder sholder@g-tlaw.com
- United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **August 29, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)         , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 29, 2014 | Evelyn R. Downs | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**

In re: Wayne and Linda Fulton
United States Bankruptcy Court, Case No. 9:14-bk-11576-PC

By USPS first-class mail:

Clifford Edey
PO Box 1884
Parker, AZ  85344

Mikel Edey
PO Box 1884
Parker, AZ  85344

Transcontinental Logistics, LLC
2500 Westside Ave
North Bergen, New Jersey 07047

Uninsured Employers Benefits Trust Fund
320 West 4th Street, Suite 690
Los Angeles, CA 90013-2350

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**